# Court of Appeals
# of the State of Georgia

ATLANTA, __May 08, 2015__

*The Court of Appeals hereby passes the following order:*

**A15A1630.  STATE OF GEORGIA v. MARKUS HALL**

Appellant's Motion To Transfer Case To The Georgia Supreme Court is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__05/08/2015__*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

__Stephen E. Castlen__, *Clerk.*